AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

JOEL B. ROBINSON and DENISE R.
ROBINSON, his wife,

         V.

STEVENSON BROS. HARDWOOD FLOORING, INC.,
a Delaware corporation, JOSHUA
STEVENSON, and MICHAEL STEVENSON

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  08 - 007

TO: (Name and address of Defendant)

Stevenson Bros. Hardwood Flooring, Inc., Registered Agent for
    Stevenson Bros. Hardwood Flooring, Inc.
1521 Savannah Road
Lewes, DE 19958

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David A. Boswell, Esquire
Schmittinger & Rodriguez, P.A.
Wachovia Bank Building
18489 Coastal Highway, Second Floor
Rehoboth Beach, DE 19971-9794

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

(By) DEPUTY CLERK

DATE  1/4/08

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 1/8/08 |
| NAME OF SERVER (PRINT) Harold K. Brode | TITLE Investigator (Schmittinger & Rodriguez) |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Work Site Broadkill Beach (Served Joshua Stevenson) Sr Partner

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/8/08
            Date

Signature of Server: Harold K. Brode

Address of Server: 414 S. State St. Dover DE 19901
302/678-5483

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.