IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOEL B. ROBINSON and<br>DENISE R. ROBINSON,<br>husband and wife,<br><br>        Plaintiffs,<br><br>   v.<br><br>STEVENSON BROS. HARDWOOD<br>FLOORING, INC., a Delaware<br>corporation, JOSHUA STEVENSON,<br>and MICHAEL STEVENSON,<br><br>        Defendants. | C.A. No. 08-7-JJF |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COME NOW PLAINTIFFS Joel B. Robinson and Denise R. Robinson, by and through counsel, and hereby dismiss the above-captioned action with prejudice pursuant to Fed. Civ. Proc. R. 41(a)(1)(i).

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
DAVID A. BOSWELL (3172)
Wachovia Bank Building
18489 Coastal Highway, 2nd Floor
Rehoboth Beach, DE  19971-9794
(302) 227-1400
Attorneys for Plaintiffs

DATED: April 14, 2008